446 A.2d 680

Commonwealth v. Lane, Appellant.

Submitted March 3, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.

446 A.2d 680

Commonwealth v. Leach, Appellant.

Submitted March 22, 1982. Allen E. Hench, for appellant; Charles J. Rehkamp, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.